IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>                 Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>                 Plaintiff,<br><br>vs.<br><br>RAVAN TRANSIT, LLC,<br><br>                 Defendant. | Adv. Proc. No. 25-50857 (TMH) |

## **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff, George L. Miller, in his capacity as Chapter 7 Trustee (the "Plaintiff"), for the above-captioned debtors (the "Debtors"), has requested entry of default against the defendant, Ravan Transit, LLC, (the "Defendant") in the above-captioned adversary proceeding.

Plaintiff requests that a default judgment in the amount of $193,541.07 plus $350.00 in Court costs be entered based on (a) the Entry of Default against Defendant [Docket No. 6], (b) the details of the Affidavit of Counsel in Support of (I) Plaintiff's Request for Entry of Default (the "Affidavit") [Docket No. 6-1], and (c) the Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550, with the accompanying

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4931-1960-8693.1 57097.001

Summons and Certificate of Service, attached to the Affidavit as Exhibit 1. A form of Entry of Default Judgment is attached hereto as <u>Exhibit A</u>.

Dated: November 18, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  bsandler@pszjlaw.com
          pkeane@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to Plaintiff George L. Miller, Chapter 7 Trustee*