# **Exhibit A**

4931-1960-8693.1 57097.001

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*, | Adv. Proc. No. 25-50857 (TMH) |
| Plaintiff, | |
| vs. | |
| RAVAN TRANSIT, LLC, | |
| Defendant. | |

## **JUDGMENT BY DEFAULT**

Default has been entered against defendant Ravan Transit, LLC, Plaintiff has requested entry of judgment and has filed an affidavit of the amount due, which affidavit states that this defendant is not in military service. Furthermore, it appears from the record that this defendant is not an infant or incompetent person. dTherefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this defendant in favor of the plaintiff in the amount of $193,541.07 plus $350.00 in Court costs.

Dated: _____, 2025

*/s/ Stephen L. Grant, Sr.*
Clerk of the Bankruptcy Court

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4931-1960-8693.1 57097.001

By: _____
       Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>                Plaintiff,<br><br>vs.<br><br>RAVAN TRANSIT, LLC,<br><br>                Defendant. | Adv. Proc. No. 25-50857 (TMH) |

**CERTIFICATE OF SERVICE**

      I, Peter J. Keane, hereby certify that on the 18th day of November, 2025 , I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Plaintiff's Request for Entry of Default Judgment (with Exhibit A)**

                                            */s/ Peter J. Keane*
                                            Peter J. Keane (DE Bar No. 5503)

---

[1]    The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4931-1960-8693.1 57097.001

**Ravan Transit, LLC Service List**
**Adv. Proc. No. 25-50857 (TMH)**

**FIRST CLASS MAIL**
Ravan Transit, LLC
John G. Ravanis, Manager and Resident Agent
59 New Taunton Ave.
Norton, MA 02766